UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
LVB-OGDEN MARKETING
CORPORATION,

                Plaintiff,

    v.

SHARON G. BINGHAM,

                Defendant,

    v.

JP MORGAN CHASE BANK, N.A.,

                Garnishee.
_____

Case No. MC17-0105RSL

ORDER DIRECTING ENTRY OF
JUDGMENT ON GARNISHEE
ANSWER

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | LVB-Ogden Marketing Corporation |
| Judgment Debtor: | Sharon G. Bingham |
| Garnishee-Defendant | JP Morgan Chase Bank, N.A. |
| Garnishment Judgment Amount: | $1,058.98 |
| Percent Interest on Principal: | 0.49% per annum |
| Attorneys for Judgment Creditor: | Corr Cronin Michelson Baumgardner Fogg & Moore |

THIS MATTER coming on for consideration upon judgment creditor's ex parte application for judgment on the answer of the garnishee-defendant; it appearing that garnishee-defendant has filed its answer herein stating that it holds funds of the judgment debtor,

ORDER DIRECTING ENTRY OF
JUDGMENT ON GARNISHEE ANSWER

Sharon G. Bingham, in the sum of $1,058.98; that judgment creditor has judgment unsatisfied against the judgment debtor in the total amount exceeding that held by the garnishee-defendant; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and garnishee-defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment and Application for Writ of Garnishment indicating service upon the judgment debtor either by personal service or by Certified mail, is on file herein now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Clerk of Court is directed to enter judgment in favor of the judgment creditor and against the garnishee-defendant in the sum of $1,058.98;

2. Upon payment by garnishee-defendant of the aforementioned sum to the registry of this Court, said garnishee-defendant shall be discharged from this action. Upon receipt of said sum, the Clerk of the Court shall enter full satisfaction of the judgment against garnishee-defendant.

3. Upon receipt of the aforementioned payment from the above garnishee-defendant, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $1,058.98, plus all accrued interest, minus any statutory user fees, payable to LVB-Ogden Marketing Corporation, c/o Corr Cronin Michelson Baumgardner Fogg & Moore, and mail or deliver the check to Corr Cronin Michelson Baumgardner Fogg & Moore, ATTN: William R. Squires III, 1001 Fourth Avenue, Suite 3900, Seattle WA 98154.

5. Upon receipt of said sum, judgment creditor's attorney shall cause an appropriate satisfaction of judgment to be filed as to the judgment debtor.

1  Dated this 6th day of December, 2017.

2  *Robert S. Lasnik* (signature)
3  Robert S. Lasnik
4  United States District Judge